IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STARLINE HARGROVE and**
**DAWARKA HARGROVE**                                                                    **PLAINTIFFS**

v.                                    Case No. 4:22-cv-00201 KGB

**POWER TRANSPORT, LLC, and**
**TONI LYNN LEZAMA**                                                                    **DEFENDANTS**

## ORDER

Before the Court is plaintiffs Starline Hargrove and Dawarka Hargrove and defendants Power Transport, LLC, and Toni Lynn Lezama's joint motion for dismissal (Dkt. No. 21). The parties stipulate and agree that this action shall be dismissed with prejudice (*Id.*). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court grants the joint motion for dismissal and dismisses this case with prejudice, with each party to bear its own costs, expenses, and attorney fees.

It is so ordered this 10th day of July, 2023.

_____
Kristine G. Baker
United States District Judge